IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARIBBEAN CONSERVATION CORPORATION,
 et al.,

 Plaintiffs,

vs.               1:09-CV-100-SPM/AK

GARY LOCKE, et al.,

 Defendants.
_____/

### ORDER EXTENDING TIME TO FILE ANSWER

**THIS CAUSE** comes before the Court upon the Defendants' Unopposed Motion for Extension of Time to File Answer (doc. 12), filed June 15, 2009.  As grounds for the motion, the Defendants state that actions which may be brought within the next thirty days related to the issues raised in this case may obviate the need for further litigation in this matter.

The Court finds this request to be reasonable.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion (doc. 12) is *granted*.

2. The Defendants shall have thirty days from their originally scheduled deadline of June 22, 2009, by which to file an answer.

**DONE AND ORDERED** this <u>eighteenth</u> day of June, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge