**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CARIBBEAN CONSERVATION
CORPORATION, et al.,

     Plaintiffs,

vs.                                     1:09-CV-100-SPM/AK

GARY LOCKE, et al.,

     Defendants.

_____/

### ORDER GRANTING MOTION TO CONTINUE

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Continue the Due Date for the Rule 26(f) Report (doc. 24). Good cause having been found, it is hereby **ORDERED AND ADJUDGED**:

1.     The motion (doc. 24) is *granted*.

2.     The Parties shall have until **December 11, 2009**, to submit the Rule 26(f) report.

**DONE AND ORDERED** this <u>seventeenth</u> day of September, 2009.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge