IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARIBBEAN CONSERVATION
CORPORATION, et al.

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　Case No.:1:09-CV-100-SPM/AK

GARY LOCKE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the Parties' "Joint Stipulation for Dismissal with Prejudice" (doc. 31) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed without prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown. Each party shall bear its own costs and attorney fees. All pending motions are hereby denied as moot.

DONE and ORDERED this <u>seventeenth</u> day of November, 2009.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         Chief United States District Judge